UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEX BROWN, ) | Case No. CV 11-0987 AG (AJW) |
| ) | |
|     Petitioner, ) | |
| ) | |
|   v. ) | |
| ) | JUDGMENT |
| A. HEDGPETH, Warden, ) | |
| ) | |
|     Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: March 31, 2011

_____
Andrew J. Guilford
United States District Judge